Louis Dochter, as Administrator, etc., of Mollie Dochter, Deceased, Respondent, v. The Equitable Life Assurance Society of the United States,

Appellant.— Judgment affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.